UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRUSTEES OF THE PLUMBERS
LOCAL 98 DEFINED BENEFIT
PENSION FUND, et al,

      Plaintiffs,

v.

M & P MASTER PLUMBERS
OF MICHIGAN, et al.,

      Defendants.
_____/

Case No. 10-cv-10710
Hon. Matthew F. Leitman

## ORDER OF RENEWED JUDGMENT AGAINST DEFENDANTS M & P MASTER PLUMBERS OF MICHIGAN, INCORPORATED, MATTHEW PANKNIN d/b/a M & P MASTER PLUMBERS OF MICHIGAN, AND MATTHEW M. PANKIN

This matter having come before the Court upon Plaintiffs' Ex-Parte Motion to Renew Judgment against Defendants M & P Master Plumbers of Michigan, Incorporated, Matthew Panknin d/b/a M & P Master Plumbers of Michigan, and Matthew M. Panknin, and the Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that the Judgment entered on September 30, 2010 is hereby renewed and entered against Defendants M & P Master Plumbers of Michigan, Incorporated, Matthew Panknin d/b/a M & P Master Plumbers of

Michigan, and Matthew M. Panknin in the amount of $180,528.19, for the remaining balance on the Judgment plus Judgment interest.

    **IT IS SO ORDERED.**

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: February 2, 2021

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 2, 2021, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764
